B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Corvette Collection , Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA The Corvette Collection, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**36-3253458** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**23227 W. Lincoln Hwy**<br>**Plainfield, IL**<br>ZIP Code **60586** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                                      Page 2

| Voluntary Petition | Name of Debtor(s): |
| (This page must be completed and filed in every case) | **Corvette Collection , Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)      (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                              Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Corvette Collection , Inc.** |

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
 Signature of Debtor

X _____
 Signature of Joint Debtor

_____
 Telephone Number (If not represented by attorney)

_____
 Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
 Signature of Foreign Representative

_____
 Printed Name of Foreign Representative

_____
 Date

**Signature of Attorney***

X **/s/ David P. Lloyd** _____
 Signature of Attorney for Debtor(s)

 **David P. Lloyd**
 Printed Name of Attorney for Debtor(s)

 **Grochocinski Grochocinski & Lloyd**
 Firm Name
 **1900 Ravinia Pl.**
 **Orland Park, IL 60462**

_____
 Address

 **708-226-2700  Fax: 708-226-9030**
 Telephone Number
 **July 10, 2008**
 Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
 Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
 Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
 Address

X _____

_____
 Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Richard Peterson** _____
 Signature of Authorized Individual
 **Richard Peterson**
 Printed Name of Authorized Individual
 **President**
 Title of Authorized Individual
 **July 10, 2008**
 Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Corvette Collection , Inc.**                              ,        Case No. _____

                                        Debtor

                                                                Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 9,500.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 900,920.41 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 362.46 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 18 | | 788,300.39 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 29 | | | |
| Total Assets | | | 9,500.00 | | |
| Total Liabilities | | | | 1,689,583.26 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Corvette Collection , Inc.**                                        ,        Case No. _____

                                        Debtor

                                                                                Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

In re  **Corvette Collection , Inc.**                                          ,     Case No. _____
_____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Corvette Collection , Inc.**                                          , Case No. _____
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx2934**<br><br>**First Midwest Bank**<br>**P.O. Box 9003**<br>**Gurnee, IL 60031-9003** | | - | **Lien on vehicles & other assets**<br><br><br>Value $          **Unknown** | | | | **42,000.00** | **Unknown** |
| Account No. **xxxxx2253**<br><br>**George Washington Savings Bank**<br>**14701 S. LaGrange Rd.**<br>**Orland Park, IL 60462** | | - | **Lien on inventory**<br><br>**Vehicles**<br><br>Value $          **Unknown** | | | | **858,920.41** | **Unknown** |
| Account No. | | | <br><br><br>Value $ | | | | | |
| Account No. | | | <br><br><br>Value $ | | | | | |

| | | |
|---|---|---|
| __0__ continuation sheets attached | Subtotal<br>(Total of this page) | **900,920.41** | **0.00** |
| | Total<br>(Report on Summary of Schedules) | **900,920.41** | **0.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re **Corvette Collection , Inc.** , Case No. _____
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___1___   continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re  **Corvette Collection , Inc.**                                    ,        Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx881-8**<br><br>**IDES**<br>**Chicago Region - Revenue**<br>**527 S. Wells**<br>**Chicago, IL 60607** | | - | taxes due | | | | 150.46 | 0.00 | 150.46 |
| Account No. **xxxxx1294**<br><br>**Illinois Dept. of Revenue**<br>**Springfield, IL 62776** | | - | tax due | | | | 212.00 | 0.00 | 212.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00<br>362.46 | 362.46 |
| Total (Report on Summary of Schedules) | 0.00<br>362.46 | 362.46 |

B6F (Official Form 6F) (12/07)

In re   **Corvette Collection , Inc.**                                                    ,   Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x2731** <br><br> **ABC Window Cleaning Service, Inc.** <br> **1608 Douglas Street** <br> **Joliet, IL 60435** | | - | open account | | | | 22.00 |
| Account No. <br><br> **Access Collections** <br> **10681 Haddington Drive, Suite 190** <br> **Houston, TX 77043** | | - | | | | | 800.00 |
| Account No. **xxxxxxxxxxxx2368** <br><br> **Advance Auto Parts** <br> **P.O. Box 5219** <br> **Carol Stream, IL 60197** | | - | open account | | | | 5,449.61 |
| Account No. **xxxx-xxxx-xxxx-0012** <br><br> **Advanta Bank Corp** <br> **P.O. Box 8088** <br> **Philadelphia, PA 19101** | X | - | open account | | | | 28,560.13 |

|  |  |
|---|---|
| __17__ continuation sheets attached | Subtotal (Total of this page)   **34,831.74** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   S/N:29789-080701   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Corvette Collection , Inc.**                        Case No. _____
                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xx SC 1877**<br><br>**Ajax Uniform Rentals**<br>**c/o Steven Plato Troy**<br>**5 East Van Buren, Suite 306**<br>**Joliet, IL 60432** | | - | | | | | | 1,330.98 |
| Account No. **xxxx-xxxxxx-x1009**<br><br>**American Express**<br>**c/o United Recovery Systems, LP**<br>**P.O. Box 722929**<br>**Houston, TX 77272** | X | - | | open account | | | | 39,366.10 |
| Account No. **xxxx-xxxxxx-x1008**<br><br>**American Express**<br>**c/o NCO Flnancial Systems, Inc.**<br>**P.O. Box 15773**<br>**Wilmington, DE 19850** | X | - | | open account | | | | 3,455.11 |
| Account No. **xxxx-xxxxxx-x7000**<br><br>**American Express**<br>**Box 0001**<br>**Los Angeles, CA 90096** | X | - | | open account | | | | 888.18 |
| Account No. **C180**<br><br>**AR Supply Inc.**<br>**120 Anton Drive**<br>**Romeoville, IL 60446** | | - | | open account | | | | 1,249.74 |

Sheet no. __1__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**46,290.11**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Corvette Collection , Inc.**                                          ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx4424** <br><br> **AT&T** <br> **P.O. Box 8100** <br> **Aurora, IL 60507** | - | | open account | | | | 145.48 |
| Account No. <br><br> **Auction Insurance** <br> **2200 Wood Crest Place** <br> **Suite 100** <br> **Birmingham, AL 35209** | - | | | | | | 42,515.00 |
| Account No. **x9450** <br><br> **AutaBuy** <br> **P.O. Box 822** <br> **Sioux Falls, SD 57101** | - | | open account | | | | 89.50 |
| Account No. **x10-52** <br><br> **Auto Trader Publishing** <br> **c/o Williams & Williams** <br> **1612 NE Expressway** <br> **Atlanta, GA 30329** | - | | open account | | | | 4,587.00 |
| Account No. <br><br> **Autofocus-Chicago** <br> **221 S. Mitchell Court** <br> **A-3** <br> **Addison, IL 60101** | - | | open account | | | | 10,375.00 |

Sheet no. __**2**___ of __**17**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 57,711.98 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Corvette Collection , Inc.**                                    ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Automotive Finance Corporation** | - | | | deficiency from sale of collateral | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-2007**<br><br>**Bank of America<br>Business Card<br>P.O. Box 15710<br>Wilmington, DE 19886** | X | - | | open account | | | | **6,228.85** |
| Account No. **xxxx-xxxx-xxxx-7338**<br><br>**Bank of America<br>Business Card<br>P.O. Box 15710<br>Wilmington, DE 19886** | X | - | | open account | | | | **4,835.50** |
| Account No. **xxxx-xxxx-xxxx-7346**<br><br>**Bank of America<br>P.O. Box 15710<br>Wilmington, DE 19886** | X | - | | open account | | | | **11,879.53** |
| Account No. **xxxx-xxxx-xxxx-2617**<br><br>**Bank of America<br>P.O. Box 15726<br>Wilmington, DE 19886** | X | - | | open account | | | | **1,202.08** |

Sheet no. __3___ of __17___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **24,145.96**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Corvette Collection , Inc.**                                      ,     Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxxxx7637** | | | open account | | | | | |
| **Bank of America** **P.O. Box 15102** **Wilmington, DE 19886** | X | - | | | | | | 50,208.52 |
| Account No. **xxxxxxxxxx9445** | | | open account | | | | | |
| **Bank of America** **P.O. Box 15102** **Wilmington, DE 19886** | X | - | | | | | | 57,162.79 |
| Account No. **xxxxxxxxxx1669** | | | | | | | | |
| **Bank of America** **P.O. Box 2759** **Jacksonville, FL 32203-2759** | | - | | | X | X | | 0.00 |
| Account No. **xxxxxxxxxx2777** | | | | | | | | |
| **Bank of America** **c/o Bonded Collection Corporation** **29 East Madison Street, Suite 1650** **Chicago, IL 60602-4404** | | - | | | | | | 60,313.13 |
| Account No. **x0141** | | | | | | | | |
| **Bill Jacobs Joliet, LLC** **2001 West Jefferson Street** **Joliet, IL 60435** | | - | | | | | | 387.71 |

Sheet no. __4__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    168,072.15

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Corvette Collection , Inc.**                                          ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **4706**<br><br>**Bill Jacobs Plainfield**<br>**16140 S. Lincoln Highway**<br>**Plainfield, IL 60586** | | - | | open account | | | | 1,700.00 |
| Account No. **xxxxxx0565**<br><br>**BP Oil**<br>**c/o Hunter Warfield,  #200**<br>**3111 W. Dr. Martin Luther King Blvd**<br>**Tampa, FL 33607** | X | - | | open account | | | | 698.58 |
| Account No. **xxxx-xxxx-0000**<br><br>**Call One-United Communications**<br>**American Credit Systems, Inc.**<br>**400 West Lake Street, Suite 111**<br>**Roselle, IL 60172-0849** | | - | | | | | | 2,569.64 |
| Account No. **xxxx-xxxx-xxxx-8028**<br><br>**Capital One**<br>**P. O. Box 30285**<br>**Salt Lake City, UT 84130-0285** | | - | | | | | | 5,433.78 |
| Account No. **xxxx-xxxx-xxxx-5186**<br><br>**Capital One Bank**<br>**c/o Global Credit & Collection Corp**<br>**300 Int'l Dr, Suite 100, PMB 10015**<br>**Buffalo, NY 14221** | X | - | | open account | | | | 31,550.94 |

Sheet no. __5___ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

41,952.94

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Corvette Collection , Inc.**                                             ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **9389** <br><br> Carfax, Inc. <br> P.O. Box 79001 <br> Detroit, MI 48279 | | - | | open account | | | | 333.90 |
| Account No. **xxxx-xxxx-xxxx-3618** <br><br> Chase <br> Cardmember Service <br> P.O. Box 15153 <br> Wilmington, DE 19886 | X | - | | open account | | | | 4,393.19 |
| Account No. <br><br> Chase Auto Finance <br> 1111 Fannin St. <br> 16th Floor <br> Houston, TX 77002-6925 | | - | | | X | X | | 0.00 |
| Account No. **xxxxx1203** <br><br> Chicago Tribune <br> P.O. Box 8685 <br> Chicago, IL 60680 | | - | | open account | | | | 2,125.00 |
| Account No. **xxxx-xxxx-xxxx-1298** <br><br> Citi <br> P. O. Box 6500 <br> Sioux Falls, SD 57117-6500 | X | - | | | | | | 6,043.29 |

Sheet no. __6___ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,895.38

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Corvette Collection , Inc.**                             ,       Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-7212** | | | open account | | | | |
| **Citibusiness Card** P.O. Box 688906 Des Moines, IA 50368 | X | - | | | | | 59,386.90 |
| Account No. **xxx8502** | | | open account | | | | |
| **Collector Car Trader Online.com** P.O. Box 17859 Clearwater, FL 33762 | | - | | | | | 3,300.40 |
| Account No. **xxxxxx6006** | | | | | | | |
| **ComEd** Bill Payment Center Chicago, IL 60668-0002 | | - | | | | | 788.52 |
| Account No. | | | open account | | | | |
| **Continental Auto Sports** c/o Donald Newman & Assoc. 11 S. LaSalle, Suite 1500 Chicago, IL 60603 | | - | | | | | 50,000.00 |
| Account No. **xxxxxxx4932** | | | | | | | |
| **Cox Auto Trader** c/o Fred Little 1612 N. E. Expressway Atlanta, GA 30329 | | - | | | | | 4,587.00 |

Sheet no. __7___ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal                      **118,062.82**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Corvette Collection , Inc.** _____ ,    Case No. _____

_____Debtor_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-8389** | | | open account | | | | |
| **Direct Merchants Bank** **Payment Center** **P.O. Box 17313** **Baltimore, MD 21297** | X | - | | | | | 9,707.43 |
| Account No. **xxxxxxxxxx6951** | | | | | | | |
| **Discover Network** **P. O. Box 3016** **New Albany, OH 43054** | | - | | | | | 39.95 |
| Account No. **xx1832** | | | open account | | | | |
| **Environmental Recycling & Disposal** **P.O. Box 675** **Orland Park, IL 60462** | | - | | | | | 502.65 |
| Account No. **xxxxx0485** | | | | | | | |
| **Federal Express Corporation** **U. S. Collection Department** **P. O. Box 94515** **Palatine, IL 60094-4515** | | - | | | | | 550.83 |
| Account No. **xxxxx4900** | | | open account | | | | |
| **FedEx** **P.O. Box 94515** **Palatine, IL 60094** | | - | | | | | 66.07 |

Sheet no. __8__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,866.93

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Corvette Collection , Inc.**                                        ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **xxxx-xxxx-xxxx-6537** | | | open account | | | | | | |
| **First Equity Card Corp** P.O. Box 23029 Columbus, GA 31902 | - | | | | | | | | 12,791.85 |
| Account No. **xxxxxxx6962** | | | | | | | | | |
| **First Midwest Bank** P. O. Box 9003 Gurnee, IL 60031-9003 | - | | | | | | | | 1,346.08 |
| Account No. | | | | | | | | | |
| **GMAC-Chicago IL** P.O. Box 3100 Midland, TX 79702-3100 | - | | | | | | | | 1,257.53 |
| Account No. **xxx6806** | | | open account | | | | | | |
| **Great American Business Products** P.O. Box 4422 Houston, TX 77210 | - | | | | | | | | 88.35 |
| Account No. **xxxxxxxxx5403** | | | open account | | | | | | |
| **Hinckley Springs** P.O. Box 660579 Dallas, TX 75266 | - | | | | | | | | 478.91 |

Sheet no. __9__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,962.72

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Corvette Collection , Inc.** _____, Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | open account | | | | |
| **Hinsdale Bank & Trust** **25 East First Street** **Hinsdale, IL 60521** | | - | | | | | 1,055.45 |
| Account No. **xxxx-xxxx-xxxx-8389** | | | open account | | | | |
| **HSBC** **P.O. Box 5250** **Carol Stream, IL 60197** | X | - | | | | | 9,520.96 |
| Account No. **xxxxxxxxxxxx2368** | | | | | | | |
| **HSBC Bank** **c/o ATG Credit, LLC** **P. O. Box 14895** **Chicago, IL 60614-4895** | | - | | | | | 5,670.86 |
| Account No. **xxxxx4868-P** | | | open account | | | | |
| **Humana Medical** **c/o RMS** **77 Hartland Street, Suite 401** **East Hartford, CT 06128** | | - | | | | | 4,659.48 |
| Account No. | | | | | | | |
| **Infinity Capital Funding** **18375 Ventura Blvd.** **Suite 440** **Tarzana, CA 91356** | X | - | | X | X | | 10,000.00 |

Sheet no. __10__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     30,906.75

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Corvette Collection , Inc.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1065** <br><br> **Interstate Battery System of SW** <br> **23841 S. Aero Court** <br> **Plainfield, IL 60585** | - | | open account | | | | 887.64 |
| Account No. **xx CH x6873** <br><br> **Jerry Dorotiak** <br> **13754 South Lamon Avenue** <br> **Crestwood, IL 60445** | - | | | | | | Unknown |
| Account No. **xx9342** <br><br> **Kelly Printing Supplies** <br> **P.O. Box 70600** <br> **Las Vegas, NV 89170** | - | | open account | | | | 79.20 |
| Account No. **xx-xxxx988-8** <br><br> **LaSalle Bank N.A.** <br> **135 S. LaSalle St.** <br> **Chicago, IL 60603** | - | | Money loaned | | | | 1,201.23 |
| Account No. <br><br> **Lifetime Motors** <br> **16300 South Lincoln Highway** <br> **Plainfield, IL 60586** | - | | | | | | 18.00 |

Sheet no. __11__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,186.07**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Corvette Collection , Inc.** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. **xxx3679** <br><br> **Manheim Auctions** <br> **200 West Old Chicago Drive** <br> **Bolingbrook, IL 60440** | | - | | open account | | | | 50.00 |
| Account No. **xxx1309** <br><br> **Mobile Appearance Reconditioning** <br> **2601 Richmond Street** <br> **Joliet, IL 60435** | | - | | open account | | | | 40.00 |
| Account No. <br><br> **Nancy Budzinski** <br> **439 San Carlos Rd.** <br> **Minooka, IL 60447-9344** | | - | | | | | | 26,159.07 |
| Account No. **xxxx0970** <br><br> **Napa Auto Parts** <br> **Genuine Parts Co** <br> **5959 Collections Center Drive** <br> **Chicago, IL 60693** | | - | | open account | | | | 25.93 |
| Account No. **x8724** <br><br> **Next Media Group, Inc.** <br> **Dept 809217** <br> **Chicago, IL 60680** | | - | | open account | | | | 1,500.00 |

Sheet no. __**12**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **27,775.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Corvette Collection , Inc.**                                      ,    Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxx0938**<br><br>**Nicor Gas<br>c/o Integrys<br>500 West Madison, Suite 3300<br>Chicago, IL 60661** | | - | | | | | | 2,846.25 |
| Account No. **x4725**<br><br>**Off the Press<br>23214 W. Lincoln Hwy<br>Plainfield, IL 60586** | | - | | open account | | | | 79.87 |
| Account No. **xx6064**<br><br>**Office Supply Store, Inc.<br>P. O. Box 40254<br>Bellevue, WA 98015-4254** | | - | | | | | | 587.02 |
| Account No.<br><br>**Oxbo Muffler Shop<br>700 Plainfield Road<br>Joliet, IL 60435** | | - | | open account | | | | 500.00 |
| Account No. **xx-xxxx0938**<br><br>**Peoples Energy Services Corp<br>231305 Momentum Place<br>Chicago, IL 60689** | | - | | open account | | | | 2,230.12 |

Sheet no. __**13**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          6,243.26

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Corvette Collection , Inc.** _____ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **SUBxx9339** Philadelphia Insurance Company Attn:  John Smith P. O. Box 950 Bala Cynwyd, PA 19004 | X | - | | | | | | 4,615.82 |
| Account No. **xxxxxxxx2465** Progressive Insurance-Commercial c/o A. C. E. Recovery Services P. O. Box 129 Grand River, OH 44045-0129 | X | - | | | | | | 35.00 |
| Account No. **xxx9859** Quill P.O. Box 37600 Philadelphia, PA 19101 | | - | | open account | | | | 156.54 |
| Account No. **xx4300** S&S Automotive 740 N. Larch Avenue Elmhurst, IL 60126 | | - | | open account | | | | 342.98 |
| Account No. **xx0273** Safety-Kleen P.O. Box 25084 Lehigh Valley, PA 18002 | | - | | open account | | | | 285.85 |

Sheet no. __**14**__ of __**17**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,436.19

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Corvette Collection , Inc.** _____,  Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.**<br><br>**Sovereign Bank**<br>**Mail Code RI1 EPV 02-23**<br>**One Sovereign Way**<br>**Riverside, RI 02915** | | - | | | | | | 30,963.22 |
| **Account No.**<br><br>**State Bank of Countrywide**<br>**Burke & White/ Attn:  Sandra Franco**<br>**5330 Main Street, Suite 200**<br>**Downers Grove, IL 60515** | | - | | **overdraft on account numbers:**<br>**00134889300**<br>**00134889300**<br>**00134890300** | | | | 0.00 |
| **Account No.**<br><br>**Stephen & Peggy Gaertner**<br>**8625 Fruit Rd.**<br>**Edwardsville, IL 62025-6521** | X | - | | | | | | 28,109.26 |
| **Account No.**<br><br>**T.J. Lambrecht Construction, Inc.,**<br>**c/o Tracy Johnson & Wilson**<br>**2801 Black Road, Second FLoor**<br>**Joliet, IL 60435** | | - | | **open account** | | | | 28,000.00 |
| **Account No. xxxxxx4333**<br><br>**The Papers Inc.**<br>**P.O. Box 188**<br>**Milford, IN 46542** | | - | | **open account** | | | | 4,088.07 |

Sheet no. __15__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

91,160.55

B6F (Official Form 6F) (12/07) - Cont.

In re    **Corvette Collection , Inc.**                                                          ,    Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxAxxx2304**<br><br>**Trans Union LLC**<br>**P.O. Box 99506**<br>**Chicago, IL 60693** | | - | open account | | | | 105.00 |
| Account No. **xxxxxxxxxxxx4165**<br><br>**Tribul Merchant Services, LLC**<br>**150 Broadway, 3rd Floor**<br>**New York, NY 10038** | X | - | | | | | 150.95 |
| Account No. **xxxxx9616**<br><br>**Tribune Interactive**<br>**c/o CDI, Ltd.**<br>**95 Randall Street**<br>**Elk Grove Village, IL 60007** | | - | open account | | | | 3,250.00 |
| Account No.<br><br>**Union Security Insurance Co.**<br>**P. O. Box 64582**<br>**Saint Paul, MN 55164-0284** | | - | | | | | 307.30 |
| Account No. **xxxxx3583**<br><br>**US Cellular**<br>**P.O. Box 0203**<br>**Palatine, IL 60055** | | - | open account | | | | 1,571.43 |

Sheet no. __16__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **5,384.68**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Corvette Collection , Inc.** _____,   Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. **xxxxx8025** | | | | | open account | | | | |
| **Voyager Fleet Services** **P.O. Box 790049** **Houston, TX 77279** | | - | | | | | | | 1,488.18 |
| Account No. **xxxxxx1239** | | | | | open account | | | | |
| **Wells Fargo** **Business Direct Division** **MAC U1851-014/P.O. Box 7666** **Boise, ID 83707** | X | - | | | | | | | 4,660.28 |
| Account No. **xxxxx7128** | | | | | | | | | |
| **Wells Fargo** **3033 Elder Street, 3rd Floor** **Boise, ID 83705** | | - | | | | | | | 52,891.32 |
| Account No. | | | | | | | | | |
| **Wilma Lyons Burns** **305 Roland St.** **Wilmington, IL 60481-1066** | | - | | | | | | | 29,375.38 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet no. __17__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
| --- | --- | --- |
| Subtotal (Total of this page) | | 88,415.16 |
| Total (Report on Summary of Schedules) | | 788,300.39 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re **Corvette Collection , Inc.**                                    ,      Case No. _____
                                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
|  |  |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

In re   **Corvette Collection , Inc.**                                      Case No. _____

                                                              ,
                                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Bank of America** | **Bank of America**<br>**P.O. Box 15710**<br>**Wilmington, DE 19886** |
| **Ray Balma** | **Bank of America**<br>**Business Card**<br>**P.O. Box 15710**<br>**Wilmington, DE 19886** |
| **Richard Peterson** | **Capital One Bank**<br>**c/o Global Credit & Collection Corp**<br>**300 Int'l Dr, Suite 100, PMB 10015**<br>**Buffalo, NY 14221** |
| **Richard Peterson** | **American Express**<br>**c/o NCO FInancial Systems, Inc.**<br>**P.O. Box 15773**<br>**Wilmington, DE 19850** |
| **Richard Peterson** | **HSBC**<br>**P.O. Box 5250**<br>**Carol Stream, IL 60197** |
| **Richard Peterson** | **Bank of America**<br>**P.O. Box 15726**<br>**Wilmington, DE 19886** |
| **Richard Peterson** | **Bank of America**<br>**P.O. Box 15102**<br>**Wilmington, DE 19886** |
| **Richard Peterson** | **Bank of America**<br>**Business Card**<br>**P.O. Box 15710**<br>**Wilmington, DE 19886** |
| **Richard Peterson** | **Bank of America**<br>**P.O. Box 15102**<br>**Wilmington, DE 19886** |
| **Richard Peterson** | **Citibusiness Card**<br>**P.O. Box 688906**<br>**Des Moines, IA 50368** |
| **Richard Peterson** | **Advanta Bank Corp**<br>**P.O. Box 8088**<br>**Philadelphia, PA 19101** |

**2**
____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

In re    **Corvette Collection , Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Richard Peterson** | **Direct Merchants Bank**<br>**Payment Center**<br>**P.O. Box 17313**<br>**Baltimore, MD 21297** |
| **Richard Peterson** | **Chase**<br>**Cardmember Service**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886** |
| **Richard Peterson** | **American Express**<br>**c/o United Recovery Systems, LP**<br>**P.O. Box 722929**<br>**Houston, TX 77272** |
| **Richard Peterson** | **American Express**<br>**Box 0001**<br>**Los Angeles, CA 90096** |
| **Richard Peterson** | **Wells Fargo**<br>**Business Direct Division**<br>**MAC U1851-014/P.O. Box 7666**<br>**Boise, ID 83707** |
| **Richard Peterson** | **BP Oil**<br>**c/o Hunter Warfield,  #200**<br>**3111 W. Dr. Martin Luther King Blvd**<br>**Tampa, FL 33607** |
| **Richard Peterson** | **Citi**<br>**P. O. Box 6500**<br>**Sioux Falls, SD 57117-6500** |
| **Richard Peterson** | **Stephen & Peggy Gaertner**<br>**8625 Fruit Rd.**<br>**Edwardsville, IL 62025-6521** |
| **Richard Peterson** | **Infinity Capital Funding**<br>**18375 Ventura Blvd.**<br>**Suite 440**<br>**Tarzana, CA 91356** |
| **Richard Peterson** | **Philadelphia Insurance Company**<br>**Attn:  John Smith**<br>**P. O. Box 950**<br>**Bala Cynwyd, PA 19004** |
| **Richard Peterson** | **Progressive Insurance-Commercial**<br>**c/o A. C. E. Recovery Services**<br>**P. O. Box 129**<br>**Grand River, OH 44045-0129** |

Sheet ___1___ of ___2___ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re      **Corvette Collection , Inc.**                                                    ,          Case No. _____

                                                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Richard Peterson** | **Tribul Merchant Services, LLC**<br>**150 Broadway, 3rd Floor**<br>**New York, NY 10038** |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Corvette Collection , Inc.**                                        Case No. _____
                                            Debtor(s)        Chapter    **7**    _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**31**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **July 10, 2008**_____        Signature    **/s/ Richard Peterson**_____
                                                          **Richard Peterson**
                                                          **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Corvette Collection , Inc.**              Case No.  _____

                                 Debtor(s)          Chapter    **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$222,532.00** | **2007** |
| **$831,747.00** | **2006** |
| **$916,157.00** | **2005** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Various creditors in ordinary course Amounts to be furnished** | **1/08-4/08** | **$0.00** | **$0.00** |

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Ajax Uniform Rentals v. The Corvette Collection, Inc., 08 SC 1877** | **Collection** | **Circuit Court of Will County** | **Pending** |
| **Continental Classics Motors v. The Corevette Collection, Inc.** | **Collection** | **Circuit Court of Cook County** | **Pending** |
| **Jerry Dorotiak v. The Corvette Collection, Inc., 08 CH 16873** | **breach of contract** | **Cook County** | **pending** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Manheim Services Corp. v. Corvette Collection, Inc. et al., 08 L 4592** | **breach of contract** | **Cook County** | **pending** |
| **Hinsdale Bank & Trust Co. v. The Corvette Collection, et al. 08 M1 124305** | **collection** | **Cook County** | **pending** |

None
■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

4

### 8.  Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Grochocinski Grochocinski & Lloyd 1900 Ravinia Pl. Orland Park, IL 60462** | **2/08-3/08** | **$2,800.00** |

### 10.  Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11.  Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12.  Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

5

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None ■ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF<br>SOCIAL-SECURITY OR<br>OTHER INDIVIDUAL<br>TAXPAYER-I.D. NO.<br>(ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND<br>ENDING DATES |
|---|---|---|---|---|

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None □ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **John Kovatch**<br>**Orland Park, IL 60462** | **1989-present** |

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                  DATE ISSUED

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
|---|---|---|
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
|---|---|
| DATE OF INVENTORY | RECORDS |

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS            NATURE OF INTEREST          PERCENTAGE OF INTEREST

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| | | NATURE AND PERCENTAGE |
|---|---|---|
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |
| **Richard C. Peterson** | **President** | **100%** |
| **Patti Ericksen** | **Secretary** | |

### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                      ADDRESS                 DATE OF WITHDRAWAL

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS            TITLE               DATE OF TERMINATION

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS | | AMOUNT OF MONEY |
|---|---|---|
| OF RECIPIENT, | DATE AND PURPOSE | OR DESCRIPTION AND |
| RELATIONSHIP TO DEBTOR | OF WITHDRAWAL | VALUE OF PROPERTY |

8

**24. Tax Consolidation Group.**

None
■     If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■     If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date  **July 10, 2008**                          Signature    **/s/ Richard Peterson**
                                                              **Richard Peterson**
                                                              **President**


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

## United States Bankruptcy Court
### Northern District of Illinois

In re    **Corvette Collection , Inc.**

Debtor(s)

Case No. _____

Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept............................................................... | $     **2,500.00** |
| Prior to the filing of this statement I have received.................................................... | $     **2,500.00** |
| Balance Due.............................................................................................................. | $     **0.00** |

2.  The source of the compensation paid to me was:

     ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

     ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]
          **In Chapter 13, all other purposes required by Local Rule 2090-5, but not including any adversary proceeding**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
          **Other than in Chapter 13 cases, representation in adversary proceedings, lien avoidances, relief from stay motions, or any other contested motions**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **July 10, 2008**

**/s/ David P. Lloyd**
**David P. Lloyd**
**Grochocinski Grochocinski & Lloyd**
**1900 Ravinia Pl.**
**Orland Park, IL 60462**
**708-226-2700  Fax: 708-226-9030**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Corvette Collection , Inc.**

                              Debtor(s)

Case No.                        

Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                   **127**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **July 10, 2008**

                      **/s/ Richard Peterson**

                      **Richard Peterson**/**President**

                      Signer/Title

ABC Window Cleaning Service, Inc.
1608 Douglas Street
Joliet, IL 60435


Access Collections
10681 Haddington Drive, Suite 190
Houston, TX 77043


Advance Auto Parts
P.O. Box 5219
Carol Stream, IL 60197


Advanta Bank Corp
P.O. Box 8088
Philadelphia, PA 19101


Ajax Uniform Rentals
c/o Steven Plato Troy
5 East Van Buren, Suite 306
Joliet, IL 60432


American Express
c/o United Recovery Systems, LP
P.O. Box 722929
Houston, TX 77272


American Express
c/o NCO FInancial Systems, Inc.
P.O. Box 15773
Wilmington, DE 19850


American Express
Box 0001
Los Angeles, CA 90096


AR Supply Inc.
120 Anton Drive
Romeoville, IL 60446


AT&T
P.O. Box 8100
Aurora, IL 60507

Auction Insurance
2200 Wood Crest Place
Suite 100
Birmingham, AL 35209


AutaBuy
P.O. Box 822
Sioux Falls, SD 57101


Auto Trader Publishing
c/o Williams & Williams
1612 NE Expressway
Atlanta, GA 30329


Autofocus-Chicago
221 S. Mitchell Court
A-3
Addison, IL 60101


Automotive Finance Corporation


Bank of America
Business Card
P.O. Box 15710
Wilmington, DE 19886


Bank of America
Business Card
P.O. Box 15710
Wilmington, DE 19886


Bank of America
P.O. Box 15710
Wilmington, DE 19886


Bank of America
P.O. Box 15726
Wilmington, DE 19886


Bank of America
P.O. Box 15102
Wilmington, DE 19886

Bank of America
P.O. Box 15102
Wilmington, DE 19886


Bank of America
P.O. Box 2759
Jacksonville, FL 32203-2759


Bank of America
c/o Bonded Collection Corporation
29 East Madison Street, Suite 1650
Chicago, IL 60602-4404


Bank of America


Bill Jacobs Joliet, LLC
2001 West Jefferson Street
Joliet, IL 60435


Bill Jacobs Plainfield
16140 S. Lincoln Highway
Plainfield, IL 60586


Blitt and Gaines, P. C.
Attorneys at Law
661 Glenn Avenue
Wheeling, IL 60090


BP Oil
c/o Hunter Warfield, #200
3111 W. Dr. Martin Luther King Blvd
Tampa, FL 33607


Call One-United Communications
American Credit Systems, Inc.
400 West Lake Street, Suite 111
Roselle, IL 60172-0849


Capital One
P. O. Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank
c/o Global Credit & Collection Corp
300 Int'l Dr, Suite 100, PMB 10015
Buffalo, NY 14221


Carfax, Inc.
P.O. Box 79001
Detroit, MI 48279


Chase
Cardmember Service
P.O. Box 15153
Wilmington, DE 19886


Chase Auto Finance
1111 Fannin St.
16th Floor
Houston, TX 77002-6925


Chicago Tribune
P.O. Box 8685
Chicago, IL 60680


Citi
P. O. Box 6500
Sioux Falls, SD 57117-6500


Citibusiness Card
P.O. Box 688906
Des Moines, IA 50368


Collectcorp
P. O. Box 100789
Birmingham, AL 35210-0789


Collector Car Trader Online.com
P.O. Box 17859
Clearwater, FL 33762


ComEd
Bill Payment Center
Chicago, IL 60668-0002

Continental Auto Sports
c/o Donald Newman & Assoc.
11 S. LaSalle, Suite 1500
Chicago, IL 60603


Cox Auto Trader
c/o Fred Little
1612 N. E. Expressway
Atlanta, GA 30329


Daniel P. Dawson
Nisen and Elliott, LLC
200 West Adams, Suite 2500
Chicago, IL 60606


Dennis B. Porick
Attorney at Law
63 West Jefferson Street, Suite 100
Joliet, IL 60432


Dennis E. Henry
Frederick J. Hanna & Associates, PC
1427 Roswell Road
Marietta, GA 30062


Direct Merchants Bank
Payment Center
P.O. Box 17313
Baltimore, MD 21297


Discover Network
P. O. Box 3016
New Albany, OH 43054


Donald L. Newman & Associates
Attorneys at Law
11 South LaSalle Street, Suite 1500
Chicago, IL 60603


Environmental Recycling & Disposal
P.O. Box 675
Orland Park, IL 60462

Federal Express Corporation
U. S. Collection Department
P. O. Box 94515
Palatine, IL 60094-4515


FedEx
P.O. Box 94515
Palatine, IL 60094


First Equity Card Corp
P.O. Box 23029
Columbus, GA 31902


First Midwest Bank
P.O. Box 9003
Gurnee, IL 60031-9003


First Midwest Bank
P. O. Box 9003
Gurnee, IL 60031-9003


George E. Marron III
Johannes and Marron, P. C.
1320 Broadway
Highland, IL 62249


George Washington Savings Bank
14701 S. LaGrange Rd.
Orland Park, IL 60462


GMAC-Chicago IL
P.O. Box 3100
Midland, TX 79702-3100


Great American Business Products
P.O. Box 4422
Houston, TX 77210


Hinckley Springs
P.O. Box 660579
Dallas, TX 75266


Hinsdale Bank & Trust
25 East First Street
Hinsdale, IL 60521

HSBC
P.O. Box 5250
Carol Stream, IL 60197


HSBC Bank
c/o ATG Credit, LLC
P. O. Box 14895
Chicago, IL 60614-4895


Humana Medical
c/o RMS
77 Hartland Street, Suite 401
East Hartford, CT 06128


IDES
Chicago Region - Revenue
527 S. Wells
Chicago, IL 60607


Illinois Dept. of Revenue
Springfield, IL 62776


Infinity Capital Funding
18375 Ventura Blvd.
Suite 440
Tarzana, CA 91356


Interstate Battery System of SW
23841 S. Aero Court
Plainfield, IL 60585


James A. West, P. C.
Attorney at Law
6380 Rogerdale Road, Suite 130
Houston, TX 77072-1612


James Wochele
McCarthy, Burgess & Wolff
26000 Cannon Road
Bedford, OH 44146


Jerry Dorotiak
13754 South Lamon Avenue
Crestwood, IL 60445

Kelly Printing Supplies
P.O. Box 70600
Las Vegas, NV 89170


LaSalle Bank N.A.
135 S. LaSalle St.
Chicago, IL 60603


Lifetime Motors
16300 South Lincoln Highway
Plainfield, IL 60586


Manheim Auctions
200 West Old Chicago Drive
Bolingbrook, IL 60440


Mobile Appearance Reconditioning
2601 Richmond Street
Joliet, IL 60435


Nancy Budzinski
439 San Carlos Rd.
Minooka, IL 60447-9344


Napa Auto Parts
Genuine Parts Co
5959 Collections Center Drive
Chicago, IL 60693


NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044


Next Media Group, Inc.
Dept 809217
Chicago, IL 60680


Nicor Gas
c/o Integrys
500 West Madison, Suite 3300
Chicago, IL 60661


Nicor Gas
P. O. Box 2020
Aurora, IL 60507-2020

Off the Press
23214 W. Lincoln Hwy
Plainfield, IL 60586


Office Supply Store, Inc.
P. O. Box 40254
Bellevue, WA 98015-4254


Oxbo Muffler Shop
700 Plainfield Road
Joliet, IL 60435


Peoples Energy Services Corp
231305 Momentum Place
Chicago, IL 60689


Philadelphia Insurance Company
Attn:  John Smith
P. O. Box 950
Bala Cynwyd, PA 19004


Progressive Insurance-Commercial
c/o A. C. E. Recovery Services
P. O. Box 129
Grand River, OH 44045-0129


Quill
P.O. Box 37600
Philadelphia, PA 19101


Ray Balma


Richard Peterson


Richard Peterson


Richard Peterson


Richard Peterson

Richard Peterson

Richard Peterson

Richard Peterson

Richard Peterson

Richard Peterson

Richard Peterson

Richard Peterson

Richard Peterson

Richard Peterson

Richard Peterson

Richard Peterson

Richard Peterson

Richard Peterson

Richard Peterson

Richard Peterson


Richard Peterson


Richard Peterson


S&S Automotive
740 N. Larch Avenue
Elmhurst, IL 60126


Safety-Kleen
P.O. Box 25084
Lehigh Valley, PA 18002


Sovereign Bank
Mail Code RI1 EPV 02-23
One Sovereign Way
Riverside, RI 02915


Spiwak & Iezza, LLP
Attorneys at Law
2660 Townsgate Road, Suite 530
Westlake Village, CA 91361


State Bank of Countrywide
Burke & White/ Attn: Sandra Franco
5330 Main Street, Suite 200
Downers Grove, IL 60515


Stephen & Peggy Gaertner
8625 Fruit Rd.
Edwardsville, IL 62025-6521


T.J. Lambrecht Construction, Inc.,
c/o Tracy Johnson & Wilson
2801 Black Road, Second FLoor
Joliet, IL 60435


The Papers Inc.
P.O. Box 188
Milford, IN 46542

Trans Union LLC
P.O. Box 99506
Chicago, IL 60693


Tribul Merchant Services, LLC
150 Broadway, 3rd Floor
New York, NY 10038


Tribune Interactive
c/o CDI, Ltd.
95 Randall Street
Elk Grove Village, IL 60007


Union Security Insurance Co.
P. O. Box 64582
Saint Paul, MN 55164-0284


US Cellular
P.O. Box 0203
Palatine, IL 60055


Voyager Fleet Services
P.O. Box 790049
Houston, TX 77279


Wells Fargo
Business Direct Division
MAC U1851-014/P.O. Box 7666
Boise, ID 83707


Wells Fargo
3033 Elder Street, 3rd Floor
Boise, ID 83705


Wilma Lyons Burns
305 Roland St.
Wilmington, IL 60481-1066

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Corvette Collection , Inc.**                                    Case No.

Debtor(s)                              Chapter      **7**


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Corvette Collection , Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


**July 10, 2008**                                        **/s/ David P. Lloyd**

Date                                                     **David P. Lloyd**

Signature of Attorney or Litigant
Counsel for   **Corvette Collection , Inc.**
**Grochocinski Grochocinski & Lloyd**
**1900 Ravinia Pl.**
**Orland Park, IL 60462**
**708-226-2700 Fax:708-226-9030**